UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALICIA ANSWER )<br>　　Plaintiff ) | CASE NO.:<br>3:14-CV-00069-RNC |
| )<br>v. )<br>) | |
| BERTERA SUBARU OF HARTFORD, INC. )<br>　　Defendant )<br>_____ ) | FEBRUARY 26, 2014 |

NOTICE OF DISMISSAL WITH PREJUDICE

　　Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Alicia Answer, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

　　　　　　　　　　　　PLAINTIFF, ALICIA ANSWER

　　　　　　　　　　By: /s/Daniel S. Blinn_____
　　　　　　　　　　　　Daniel S. Blinn, Fed Bar No. (ct02188)
　　　　　　　　　　　　dblinn@consumerlawgroup.com
　　　　　　　　　　　　Consumer Law Group, LLC
　　　　　　　　　　　　35 Cold Spring Rd., Suite 512
　　　　　　　　　　　　Rocky Hill, CT  06067
　　　　　　　　　　　　Tel. (860) 571-0408; Fax (860) 571-7457

CERTIFICATION

　　I hereby certify that on this 26th day of February, 2014, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　/s/Daniel S. Blinn
　　　　　　　　　　　　Daniel S. Blinn